UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:17-cr-105 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| WILLIAM MAXWELL LAY | ) | Magistrate Judge Susan K. Lee |

**O R D E R**

United States Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 28) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Three of the Indictment; (2) accept Defendant's guilty plea to Count Three of the Indictment; and (3) adjudicate Defendant guilty of possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of child pornography in violation of Title 18, United States Code, Section 2252(a)(4);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 6) until further Order of this Court or sentencing in this matter which is scheduled to take place on June 27, 2018, at 2:00 p.m. before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**